377 A.2d 991

Commonwealth ex rel. Breitenstein, Appellant,
v. Breitenstein.

Argued June 13, 1977.

William Brodsky, for appellant;  Leon Ehrlich, with him Ehrlich and Ehrlich, for appellee.

Order affirmed.

PRICE, J., did not participate in the consideration or decision of this case.

377 A.2d 991

Commonwealth ex rel. Holmes et al. v.
Holmes, Appellant.

Argued June 17, 1977.

Neil Hurowitz, with him Hurowitz & Plotnick, for appellant; Charles Wharton Smith, for appellee.

Order affirmed.